August 13, 2008

Mr. Ernest Martin Jr.
Haynes & Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

Honorable Bonnie Leggat
71st District Court
200 W. Houston, Room 219
Marshall, TX 75670
Mr. Robert A. Shults
McFall, Breitbeil & Shults, P.C.
Four Houston Center
1331 LAMAR SUITE 1250
Houston, TX 77010

Mr. Bruce A. Smith
Ward & Smith Law Firm
111 W. Tyler Street
P.O. Box 1231
Longview, TX 75606-2072

RE: Case Number: 08-0633
 Court of Appeals Number: 06-08-00062-CV
 Trial Court Number: 06-0343

Style: IN RE BEIRNE, MAYNARD & PARSONS, L.L.P.

Dear Counsel:

 The Supreme Court of Texas granted the Agreed Motion for Expedited
Temporary Relief to Stay the Trial Court's Amended Audit Order and issued
the enclosed stay order in the above-referenced case. The Court requests
that real party in interest file a response to the petition for writ of
mandamus. The response is due to be filed in this office no later than
3:00 p.m., August 25, 2008. PLEASE NOTE Tex. R. App. P. 9.2(b), does not
apply. There is no filing fee associated with this requested response.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Debbie |
| |Autrey |
| |Ms. Sherry |
| |Griffis |